UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

OTIS COWART,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2026

**25-CV-10469 (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 16, 2026, Plaintiff filed a letter requesting an extension of time to file his

brief.  Defendant does not object to the request.  Accordingly, the request is GRANTED as set

forth below:

- Plaintiff's Brief is due by **May 18, 2026;**
- Defendant's Brief is due by **July 27, 2026;**
- Plaintiff's Reply Brief is due by **August 10, 2026**

SO ORDERED.

Dated: March 17, 2026
        New York, New York

KATHARINE H. PARKER
United States Magistrate Judge