UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTIS COWART,

Plaintiff,

-against-

FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

25 CIVIL 10469 (KHP)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Consent Order dated July 14, 2026, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**Dated:** New York, New York
July 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**